In the Matter of the Application of the BOARD OF SUPERVISORS OF THE COUNTY

OF HERKIMER to Acquire Lands for Highway Purposes under Chapter 30 of the Laws of 1909, etc.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HARRY E. JOHNSON, Respondent, v. FRANK ENGLERT and Another, Appellants. —Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MARIE S. JOHNSON, Respondent, v. FRANK ENGLERT and Another, Appellants. —Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.